IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARIA MANUELA PAUCAR PAUCAR,<br>*Petitioner*,<br>v.<br><br>NEY HIDALGO, *et al*.,<br>*Respondents*. | 1:26-cv-02597-MSN-WEF |

ORDER

On August 14, 2026, Petitioner Maria Manuela Paucar Paucar ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging her detention at the Caroline Detention Center. ECF 1.

Although the Petition asserts that Federal Respondents have improperly characterized Petitioner as subject to mandatory detention under 8 U.S.C. § 1225 rather than eligible for release on bond under 8 U.S.C. § 1226, an Exhibit to the Petition, notes that an Immigration Judge issued a final order of removal for Petitioner on June 23, 2026, and that no appeal to the Board of Immigration Appeals was taken. ECF 1-2 at 3. A noncitizen who has received an administratively final order of removal is not subject to 8 U.S.C. § 1226. Thus, Petitioner cannot be released on bond under 8 U.S.C. § 1226.

Accordingly, it is hereby

ORDERED that to the extent Petitioner seeks to challenge her detention under 8 U.S.C. § 1231, she must file an amended petition on or before Tuesday, August 18, 2026, or the instant Petition will be denied.

**IT IS SO ORDERED**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

August 14, 2026
Alexandria, Virginia