IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARIA MANUELA PAUCAR PAUCAR,
*Plaintiff*,

v.

NEY HIDALGO, *et al.*,
*Defendant*.

1:26-cv-02597-MSN-WEF

ORDER

This matter comes before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice (ECF 6) pursuant to Federal Rule of Civil Procedure 41(a)(2). Upon Consideration of the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF 1) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to forward copies of this Order to counsel of record, and close this civil action

/s/
Michael S. Nachmanoff
United States District Judge

August 28, 2026
Alexandria, Virginia